1  NICHOLAS WALTER HORNBERGER
   Hornberger & Brewer LLP
2  444 South Flower Street, Suite 3010
   Los Angeles, CA 90071
3  Telephone: 213-488-1655
   Facsimile: 213-488-1255
4  Email: nhornberger@hgblaw.com
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX            | Case No.: 07-2164 CRB
   | MARKETING SALES PRACTICES AND         |
13 | PRODUCT LIABILITY LITIGATION          | MDL NO. 1699
                                           | District Judge: Charles R. Breyer
14
   | Norma Levenfeld Sadwick,              |
15 |                                       |
   |                    Plaintiff          |
16 |                                       | STIPULATION AND ORDER OF
   | vs.                                   | DISMISSAL WITH PREJUDICE
17 |                                       |
18 | Pfizer Inc, et al.,                   |
   |                                       |
19 |                    Defendants.        |

20

21
   Come now the Plaintiff, Norma Levenfeld Sadwick in the above-entitled action and Defendants,
22
   by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
23
   41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff
24
25 //
26 //
27 //
28 //

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 named herein only with each side bearing its own attorneys' fees and costs.

DATED: 3/17, 2010    By: _____

**HORNBERGER & BREWER LLP**
444 South Flower Street, Suite 3010
Los Angeles, CA 90071
Telephone: 213-488-1655
Facsimile: 213-488-1255

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**